## Friedman et al., Appellants, *v.* Egnal.

Argued September **16, 1966**. *Howard Wallner,* with him *Albert H. Friedman,* for appellant, in propria persona; *Hy. Mayerson,* with him *Michael H. Egnal,* for appellee, in propria persona.

Order affirmed.

MONTGOMERY, J., dissented.